**Shawn ALLICOCK, Petitioner–Appellant,**

v.

**INS, Respondent–Appellee.**

No. 04–0054.

United States Court of Appeals,
Second Circuit.

Aug. 30, 2004.

Shawn Anthony Allicock, Oakdale, LA, for Appellant, pro se.

Varuni Nelson, Assistant United States Attorney (Kristen Chapman, Assistant United States Attorney, Roslynn R. Mauskopf, United States Attorney for the Eastern District of New York, on the brief), United States Attorney's Office for the Eastern District of New York, Brooklyn, NY, for Appellee, of counsel.

PRESENT: CABRANES, STRAUB and WESLEY, Circuit Judges.

## SUMMARY ORDER

On August 5, 2003, Shawn Allicock filed a 28 U.S.C. § 2241 petition in the District Court. In an order entered October 30, 2003, the District Court dismissed the petition for lack of subject matter jurisdiction because appellant failed to exhaust his administrative remedies. Accordingly, the District Court entered judgment against appellant on November 4, 2003. Appellant argues before us, as he did before the District Court, that the removal proceedings brought against him in Oakdale, Louisiana which remained pending at the time he sought habeas relief in the District Court are unlawful.

We have considered all of appellant's arguments. For substantially the reasons referenced by the District Court in its October 30, 2003 order, we AFFIRM the judgment of the District Court.